IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Chad Shoults, an individual on behalf of himself and those similarly situated, | Case No. CV-19-2408-PHX-GMS |
|---|---|
| Plaintiff, | **ORDER EXTENDING CERTAIN DATES IN THE CASE MANAGEMENT ORDER (DOC. 20)** |
| vs. | |
| G4S Secure Solutions (USA) Inc., a Florida corporation, | |
| Defendant. | |

The parties having stipulated to the entry of this Order, as evidenced by the signatures of their respective Counsel on the parties' Stipulation to Extend Certain Dates in the Case Management Order, and the Court being otherwise fully advised in the premises and good cause appearing therefore:

**IT IS HEREBY ORDERED**, that the deadlines in the Court's August 5, 2019 Case Management Order (Doc. 20) be extended, as follows:

| Deadline to supplement MIDP and for completion of fact discovery | July 23, 2021 |
|---|---|
| Pre-Motion Conference Filings | August 20, 2021 |
| Dispositive Motions | September 17, 2021 |

**IT IS SO ORDERED.**

16735431.1

-1-