IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chad Shoults,<br><br>   Plaintiff,<br><br>v.<br><br>G4S Secure Solutions (USA) Incorporated,<br><br>   Defendant. | No. CV-19-02408-PHX-GMS<br><br>**ORDER** |

Before the Court is the parties' Joint Motion for Approval of Proposed FLSA Class Settlement and Supporting Memorandum (Doc. 329). The Court, having considered the Motion, all of the submissions and arguments with respect to the Motion, the proposed settlement agreement ("Settlement Agreement"), and having conditionally certified an Opt-In Class by Order dated July 31, 2020 pursuant to the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201 et seq., and for good cause appearing,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS**:

1. The Joint Motion (Doc. 329) is **GRANTED**.

2. The Settlement Agreement is hereby approved and the Parties are ordered to effectuate the Settlement in accordance with its terms.

3. The Court has reviewed the Settlement Agreement in light of the factors set forth in *Linney v. Cellular Alaska Partnership*, 151 F.3d 1234, 1242 (9th Cir. 1998), and

finds that the Settlement Agreement is fair, reasonable and adequate, and in the best interests of the Class, including Defendants' agreement to pay the following:

    a)    $102,529 to Plaintiff Shoults and the 181 Opt-in Plaintiffs for their alleged overtime compensation claims;

    b)    $5,000 to Plaintiff Shoults as a service award for his time and effort in pursuing this litigation;

    c)    $75,000 to Plaintiff Shoults for his individual claim for retaliation; and

    d)    $617,471 to Class Counsel for Plaintiffs' reasonable attorneys' fees and costs.

4. The Court hereby appoints Simpluris Inc., as the third-party administrator and orders that Simpluris Inc., act in accordance with the terms of the Settlement Agreement to effectuate its terms.

5. Denying all other pending motions (Doc. 299, 301) as moot.

6. Dismissing this case with prejudice. The Clerk of Court shall terminate this case.

Dated this 12th day of July, 2022.

_____
G. Murray Snow
Chief United States District Judge